IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK HOHIDER and ROBERT DIPAOLO, On Behalf of Themselves and All Others Similarly Situated, <br>         Plaintiffs, <br> v. <br><br> UNITED PARCEL SERVICE, INC., <br>         Defendant. <br><br><br> PRESTON EUGENE BRANUM, On Behalf of Himself and All Others Similarly Situated, <br>         Plaintiff, <br> v. <br><br> UNITED PARCEL SERVICE, INC., <br>         Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Consolidated Civil Action No. 04-363 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ERRATA

      It is now ordered that the Memorandum Order in the above case filed July 16, 2007 (Doc. No. 202) be amended as follows:

      In footnote 76 the first sentence should include the word "not" after the word "does" and before the word "mean" so the sentence reads: ". . . by plaintiffs does not mean that UPS . . . ."

      By the court,


/s/ JOY FLOWERS CONTI
Joy Flowers Conti
United States District Judge

Dated: July 26, 2007

cc:    Counsel of Record