IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK HOHIDER and ROBERT DIPAOLO, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED PARCEL SERVICE, INC., AND DOES 1-100 <br><br> Defendants. | Consolidated Civil Action No. 04-0363 <br><br> Judge Joy Flowers Conti <br><br> Electronic Filing |
| PRESTON EUGENE BRANUM, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED PARCEL SERVICE, INC., AND DOES 1-100 <br><br> Defendants. | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Mark Hohider, Robert DiPaolo, and Preston Eugene Branum, by and through their counsel, and sole Defendant, United Parcel Service, Inc., through its counsel, hereby stipulate to a voluntary dismissal of the above-captioned action with prejudice. Each side agrees to bear its own costs.

DATED: 8/31/10

_____
Judy Scolnick (NY 1734805)
SCOTT+SCOTT LLP

DATED: 8/31/10

_____
R. Steve Ensor (admitted *pro hac vice*)
steve.ensor@alston.com

500 Fifth Avenue, 40th Floor
New York, NY 10110
Tel: (212) 223-6444
Fax: (212) 223-6334
Email: jscolnick@scott-scott.com

Anita M. Laing (CA 113867)
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Tel: (619) 233-4565
Fax: (619) 233-0508
Email: alaing@scott-scott.com

David R. Scott (CT 401117)
Erin Green Comite (CT 420630)
SCOTT+SCOTT LLP
156 South Main Street
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432
Email: drscott@scott-scott.com
       ecomite@scott-scott.com

Walter W. Noss (OH 0072784)
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Tel: (619) 233-4565
Fax: (619) 233-0508
Email: wnoss@scott-scott.com

/s/ Christian Bagin
Christian Bagin
WIENAND & BAGIN
First & Market Building
100 First Avenue, Suite 1010
Pittsburgh, PA 15222
Tel: (412) 281-1110
Fax: (412) 281-8481
Email: christian@wienandandbagin.com

/s/ Judith Goldstein
Judith Goldstein

Glenn G. Patton (admitted *pro hac vice*)
glenn.patton@alston.com
Charles A. Gartland II (admitted *pro hac vice*)
chuck.gartland@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Tel: 404-881-7000
Fax: 404-881-7777

David J. McAllister (PA 36729)
dmcallister@reedsmith.com
Perry A. Napolitano (PA 56789)
pnapolitano@reedsmith.com
Joseph E. Culleiton (PA 82823)
jculleiton@reedsmith.com
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Tel: 412-288-7216
Fax: 412-288-3063

*Attorneys for Defendant*
*United Parcel Service, Inc.*

THE EQUAL JUSTICE FOUNDATION
88 East Broad Street
Suite 1590
Columbus, OH 43115
Phone: (614) 221-9800
Fax: (614) 221-9810

*Attorneys for Plaintiffs*